In the Matter of the Accounting of GERTRUDE P. THORNER et al., as Executors of SAMUEL PLATT, Deceased, Appellants

HATTIE P. WOLFF et al., Respondents.

Argued December 7, 1942; decided January 14, 1943.

*Walter A. Lynch, Simon M. Platt,* in person, and *Thomas H. McManus* for appellants.

*Edwin R. Wolff* and *Milton A. Goldiner* for respondents.

Order affirmed, with costs to the respondents payable out of the estate; no opinion.

CONCUR: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J.